UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81381-CIV-CANNON

**ALEXIS GAINEY**,

    Plaintiff,

v.

**ATLANTIC RECOVERY SOLUTIONS INC.**,

    Defendant.
_____/

### ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 16], filed on January 26, 2022. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by a plaintiff prior to any defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITH PREJUDICE**, effective January 26, 2023, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 16].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 27th day of January 2023.

                                                  **AILEEN M. CANNON**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record